Robert P. Goe – State Bar No. 137019
SubChapter V Trustee
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
bktrsutee@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, EDIT DIVISION

In re:

**BESTHOST INN, LLC,**

                Debtor.

Case No. **8:21-bk-12158-ES**

Chapter 11
Subchapter V

**AMENDED PROOF OF SERVICE VIA FEDERAL EXPRESS OVERNIGHT SERVICE**

**RE: ORDER TO SHOW CAUSE WHY BESTHOST INN, LLC AND ITS MANAGING MEMBER MICHAEL REAZUDDIN SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S NOVEMBER 29, 2021 ORDER [DKT NO. 127]**

<u>Hearing</u>
Date: January 20, 2022
Time: 10:30 a.m.
Courtroom: 5A (Via Zoom Videoconference)
Location: 411 West Fourth Street
          Santa Ana, CA 92701-4593

[AMENDED TO REVISE ADDRESS FOR MICHAEL REAZUDDIN]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18101 Von Karman Avenue, Suite 1200, Irvine, California 92612.**

A true and correct copy of the foregoing document entitled (*specify*): **ORDER TO SHOW CAUSE WHY BESTHOST INN, LLC AND ITS MANAGING MEMBER MICHAEL REAZUDDIN SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S NOVMBER 29, 2021 ORDER [DKT No. 127]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/28/2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12/28/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **12/28/2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **December 28, 2021** | **Arthur E. Johnston** | **/s/ Arthur E. Johnston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                          F 9013-3.1.PROOF.SERVICE

In re.   Besthost Inn                                                                                  Case No. 8:21-bk-12158-ES
                                                                                                       Chapter 11 Sub V

1. <u>TO BE SERVED BY THE COURT VIA NOTICEOF ELECTRONIC FILING (NEF)</u>:

   - **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   - **Christopher G. Cardinale**   ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
   - **Nicholas W Gebelt**   ngebelt@goodbye2debt.com
   - **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com, bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;ggilbert@goeforlaw.com
   - **Michael J Hauser**   michael.hauser@usdoj.gov
   - **Abel Ortiz**   Abel.ortiz@kts-law.com, danielle.pratali@kts-law.com
   - **Corey E Taylor**   corey@taylorlawoc.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Proud Usahacharoenporn**   pusaha@rutan.com, lfenwick@rutan.com

2. <u>SERVED BY UNITED STATES MAIL:</u>

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMIILE TRANSMISSION OR</u>
<u>EMAIL</u>: **VIA FEDERAL EXPRESS OVERNIGHT DELIVERY SERVICE**

| Debtor<br>**Besthost Inn LLC**<br>8530 Beach Blvd.<br>Buena Park, CA 90620 | Attorney for Debtor<br>**Michael Jay Berger**<br>9454 Wilshire Blvd 6th Fl<br>Beverly Hills, CA 90212-2929 |
|---|---|
| Managing Member<br>Michael Reazuddin<br>Managing Member Besthost Inn LLC<br>8530 Beach Blvd<br>Buena Park, CA 90620 | Managing Member<br>Michael Reazuddin<br>211 S. State College Blvd<br>Anaheim, CA 92806 |

FILED & ENTERED

DEC 28 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>**BESTHOST INN, LLC,**<br><br>                    Debtor. | Case No. **8:21-bk-12158-ES**<br><br>Chapter 11<br>Subchapter V<br><br>**ORDER TO SHOW CAUSE WHY BESTHOST INN, LLC AND ITS MANAGING MEMBER MICHAEL REAZUDDIN SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S NOVEMBER 29, 2021 ORDER [DKT NO. 127]**<br><br>Hearing<br>Date:         **January 20, 2022**<br>Time:        **10:30 a.m.**<br>Courtroom: 5A **(Via Zoom Videoconference)**<br>Location:   411 West Fourth Street<br>                    Santa Ana, CA 92701-4593 |

On December 9, 2021, Robert P. Goe the SubChapter V Trustee (the "Trustee") filed a Motion for Order to Show Cause why Besthost Inn, LLC, and its managing member Michael Reazuddin (Besthost Inn, LLC and its managing member Michael Reazuddin are jointly referred to herein as the "Debtor") Should Not Be Held In Contempt Of The Court's November 29, 2021 Order, (the "Order") to no later than November 24, 2021, pay $25,000 to Robert Goe's trust account to be held in trust pending the Court's decision on any fee request made by the Trustee [Docket No. 127]. The Court asserts its jurisdiction to enforce the Order.

Having considered the Motion, having provided the Debtor seven days to object to the issuance of an order to show cause pursuant to Local Bankruptcy Rule 9020-1(b); and having reviewed any such objection:

**IT IS HEREBY ORDERED THAT BESTHOST INN, LLC AND ITS MANAGING MEMBER MICHAEL REAZUDDIN ARE ORDERED TO SHOW CAUSE** why they Should Not Be Held in Contempt of the Court's November 29, 2021 Order [Docket No. 127] ("11/29/21 Order"), which required Besthost Inn, LLC no later than November 24, 2021, pay $25,000 to Robert Goe's trust account to be held in trust pending the Court's decision on any fee request made by the Trustee. The Motion and the supporting documents assert that Besthost Inn, LLC, and its managing member Michael Reazuddin have not complied with the aforementioned Order's requirement to pay the sum of $25,000 by the stated deadline, and that Besthost Inn, LLC, and its managing member Michael Reazuddin continue to refuse to comply with the Order to date. See Local Bankruptcy Rule 9020-1(c)(2)(A). Besthost Inn, LLC, and its managing member Michael Reazuddin shall file any opposition no later than **January 6, 2022**.

Pursuant to L.B.R. 9020-1(c)(1), Besthost Inn, LLC, and its managing member Michael Reazuddin "must show cause by filing a written explanation, why they should not be held in contempt" of the 11/9/21 Order.

The Court **HEREBY** sets a hearing for **JANUARY 20, 2022** at 10:30 a.m., in the above captioned courtroom; or alternatively, pursuant to L.B.R. 9020-1(d)(2), the Court shall rule on the issue of Besthost Inn, LLC, and its managing member Michael Reazuddin's alleged contempt via the parties' written submissions.

**Trustee shall serve Besthost Inn, LLC, its counsel and Michael Reazuddin with a copy of this Order by overnight mail, personal service, or facsimile (or by electronic mail if consent is granted) no later than December 29, 2021**.

/ / /

/ / /

1   The hearing shall be conducted by Zoom videoconference. The parties shall review the
2   Court's website at www.cacb.uscourts.gov for details.
3   **IT IS SO ORDERED.**
4   # # #

Date: December 28, 2021

Erithe Smith
United States Bankruptcy Judge

Page 3