1   Robert P. Goe – State Bar No. 137019
    SubChapter V Trustee
2   18101 Von Karman Avenue, Suite 1200
    Irvine, CA 92612
3   bktrsutee@goeforlaw.com

4   Telephone:  (949) 798-2460
    Facsimile:   (949) 955-9437
5

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA, EDIT DIVISION**

10  In re:                                    Case No. **8:21-bk-12158-ES**

11  **BESTHOST INN, LLC,**                    Chapter 11
                                              Subchapter V
12                            Debtor.
                                              **FEDERAL EXPRESS PROOF OF**
13                                            **DELIVERY**

14                                            **RE: ORDER TO SHOW CAUSE WHY**
                                              **BESTHOST INN, LLC AND ITS**
15                                            **MANAGING MEMBER MICHAEL**
                                              **REAZUDDIN SHOULD NOT BE HELD**
16                                            **IN CONTEMPT OF THE COURT'S**
                                              **NOVEMBER 29, 2021 ORDER [DKT**
17                                            **NO. 127]**

18                                            <u>Hearing</u>
                                              Date:         January 20, 2022
19                                            Time:         10:30 a.m
                                              Courtroom:  5A (Via Zoom Videoconference]
20                                            Location:    411 West Fourth Street
                                                                Santa Ana, CA 92701-4593
21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18101 Von Karman Avenue, Suite 1200, Irvine, California 92612.**

A true and correct copy of the foregoing document entitled (*specify*): **FEDERAL EXPRESS PROOF OF DELIVERY; RE: ORDER TO SHOW CAUSE WHY BESTHOST INN, LLC AND ITS MANAGING MEMBER MICHAEL REAZUDDIN SHOULD NOT E HELD IN CONTEMPT OF THE COURT'S NOVEMBER 29, 2021 ORDER [DKT NO. 127]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/5/2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **1/5/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/5/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery: Honorable Erithe A. Smith,
Bin for Judge Erithe A. Smith, by 5th floor elevator.
411 W. Forth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **January 5, 2022** | **Arthur E. Johnston** | **/s/ Arthur E. Johnston** |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*                                                                                          **F 9013-3.1.PROOF.SERVICE**

In re.   BESTHOST INN, LLC                                    Case No.: 8:21-bk-12158-ES
                                                             Chapter 11 Case
                                                             Subchapter V

1.   <u>TO BE SERVED BY THE COURT VIA NOTICEOF ELECTRONIC FILING (NEF)</u>:

- **Michael Jay Berger**   michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Christopher G. Cardinale**   ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
- **Nicholas W Gebelt**   ngebelt@goodbye2debt.com
- **Robert Paul Goe (TR)**   bktrustee@goeforlaw.com,
  bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;ggilbert@goeforla
  w.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Abel Ortiz**   Abel.ortiz@kts-law.com, danielle.pratali@kts-law.com
- **Corey E Taylor**   corey@taylorlawoc.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Proud Usahacharoenporn**   pusaha@rutan.com, lfenwick@rutan.com

2.   <u>SERVED BY UNITED STATES MAIL</u>:

3.

<u>Debtor</u>

**Besthost Inn LLC**                          <u>Managing Member</u>
8530 Beach Blvd.                              Michael Reazuddin
Buena Park, CA 90620                          211 S. State College Blvd
                                             Anaheim, CA 92806


<u>Managing Member</u>
Michael Reazuddin
Managing Member Besthost Inn LLC
8530 Beach Blvd
Buena Park, CA 90620


4.   <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMIILE TRANSMISSION OR

EMAIL</u>:

# EXHIBIT A

Michael Reazuddin, Managing Member Besthost Inn

January 03, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775619385797

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.JAY | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | ANAHEIM, CA, |
| | | Delivery date: | Dec 31, 2021 10:49 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775619385797 | Ship Date: | Dec 28, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| ANAHEIM, CA, US, | | IRVINE, CA, US, |

Reference                          Besthost

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

Thank you for choosing FedEx

**Arthur Johnston**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, December 31, 2021 10:52 AM |
| **To:** | Arthur Johnston |
| **Subject:** | FedEx Shipment 775619385797: Your package has been delivered |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# Hi. Your package was delivered Fri, 12/31/2021 at 10:49am.



Delivered to 211 S STATE COLLEGE BLVD, ANAHEIM, CA 92806
Received by M.JAY

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 775619385797 |
| **FROM** | Goe Forsythe & Hodges LLP |
| | 18101 Von Karman Avenue |
| | Suite 1200 |
| | IRVINE, CA, US, 92612 |

1

| | |
|---|---|
| **TO** | Michael Reazuddin |
| | Managing Member |
| | 211 S State College Blvd |
| | ANAHEIM, CA, US, 92806 |
| **REFERENCE** | Besthost |
| **SHIPPER REFERENCE** | Besthost |
| **SHIP DATE** | Tue 12/28/2021 05:05 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | IRVINE, CA, US, 92612 |
| **DESTINATION** | ANAHEIM, CA, US, 92806 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000005

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:51 PM CST 12/31/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# EXHIBIT B

Attorney Michael Jay Berger

January 03, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775619126391

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | S.STEPHANIE | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | BEVERLY HILLS, CA, |
| | | Delivery date: | Dec 30, 2021 13:11 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775619126391 | Ship Date: | Dec 28, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

| | |
|---|---|
| Recipient: | Shipper: |
| BEVERLY HILLS, CA, US, | IRVINE, CA, US, |

| | |
|---|---|
| Reference | Besthost |

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

Thank you for choosing FedEx

**Arthur Johnston**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, December 30, 2021 1:13 PM |
| **To:** | Arthur Johnston |
| **Subject:** | FedEx Shipment 775619126391: Your package has been delivered |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# Hi. Your package was delivered Thu, 12/30/2021 at 1:11pm.



Delivered to 9454 WILSHIRE BLVD 6, BEVERLY HILLS, CA 90212
Received by S.STEPHANIE

**OBTAIN PROOF OF DELIVERY**

**TRACKING NUMBER**      775619126391

**FROM**      Goe Forsythe & Hodges LLP
18101 Von Karman Avenue
Suite 1200
IRVINE, CA, US, 92612

1

| | |
|---|---|
| **TO** | Law Offices of Michael Jay Berger |
| | Michael Jay Berger |
| | 9454 Wilshire Blvd, 6th Fl |
| | BEVERLY HILLS, CA, US, 90212 |
| **REFERENCE** | Besthost |
| **SHIPPER REFERENCE** | Besthost |
| **SHIP DATE** | Tue 12/28/2021 05:05 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | IRVINE, CA, US, 92612 |
| **DESTINATION** | BEVERLY HILLS, CA, US, 90212 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000010

**FOLLOW FEDEX**



⌨ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:12 PM CST 12/30/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

3

# EXHIBIT C

Managing Member, Besthost Inn LLC
Michael Reazuddin

Dear Customer,

The following is the proof-of-delivery for tracking number: 775619137701

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | L.RAMERIZ | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | BUENA PARK, CA, |
| | | Delivery date: | Dec 30, 2021 14:26 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775619137701 | Ship Date: | Dec 28, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| BUENA PARK, CA, US, | IRVINE, CA, US, |

Reference          Besthost

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

Thank you for choosing FedEx

## Arthur Johnston

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, December 30, 2021 2:28 PM |
| **To:** | Arthur Johnston |
| **Subject:** | FedEx Shipment 775619137701: Your package has been delivered |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# Hi. Your package was delivered Thu, 12/30/2021 at 2:26pm.



Delivered to 8530 BEACH BLVD, BUENA PARK, CA 90620
Received by L.RAMERIZ

**OBTAIN PROOF OF DELIVERY**

**TRACKING NUMBER**      775619137701

**FROM**      Goe Forsythe & Hodges LLP
18101 Von Karman Avenue
Suite 1200
IRVINE, CA, US, 92612

1

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000014

| | |
|---|---|
| **TO** | Managing Member, Besthost Inn LLC |
| | Michael Reazuddin |
| | 8530 Beach Blvd |
| | BUENA PARK, CA, US, 90620 |
| **REFERENCE** | Besthost |
| **SHIPPER REFERENCE** | Besthost |
| **SHIP DATE** | Tue 12/28/2021 05:05 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | IRVINE, CA, US, 92612 |
| **DESTINATION** | BUENA PARK, CA, US, 90620 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000015

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:28 PM CST 12/30/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000016

# EXHIBIT D

Debtor, Besthost Inn LLC

Dear Customer,

The following is the proof-of-delivery for tracking number: 775619109024

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | L.RAMERIZ | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | BUENA PARK, CA, |
| | | Delivery date: | Dec 30, 2021 14:26 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775619109024 | Ship Date: | Dec 28, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| BUENA PARK, CA, US, | | IRVINE, CA, US, |

Reference                    Besthost

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

Thank you for choosing FedEx

## Arthur Johnston

**From:**       TrackingUpdates@fedex.com
**Sent:**       Thursday, December 30, 2021 2:28 PM
**To:**         Arthur Johnston
**Subject:**    FedEx Shipment 775619109024: Your package has been delivered

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.



# Hi. Your package was delivered Thu, 12/30/2021 at 2:26pm.



Delivered to 8530 BEACH BLVD, BUENA PARK, CA 90620
Received by L.RAMERIZ

**OBTAIN PROOF OF DELIVERY**

**TRACKING NUMBER**    775619109024

**FROM**    Goe Forsythe & Hodges LLP
18101 Von Karman Avenue
Suite 1200
IRVINE, CA, US, 92612

1

| | |
|---|---|
| **TO** | Besthost Inn LLC |
| | Debtor |
| | 8530 Beach Blvd |
| | Buena Park |
| | BUENA PARK, CA, US, 90620 |
| **REFERENCE** | Besthost |
| **SHIPPER REFERENCE** | Besthost |
| **SHIP DATE** | Tue 12/28/2021 05:05 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | IRVINE, CA, US, 92612 |
| **DESTINATION** | BUENA PARK, CA, US, 90620 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000020

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:28 PM CST 12/30/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

FEDERAL EXPRESS PROOF OF DELIVERY -- Page 000021