Robert P. Goe – State Bar No. 137019
SubChapter V Trustee
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
bktrsutee@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

**FILED & ENTERED**

FEB 22 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

**BESTHOST INN, LLC,**

                     Debtor.

Case No. **8:21-bk-12158-ES**

Chapter 11
Subchapter V

**ORDER HOLDING BESTHOST INN, LLC AND ITS MANAGING MEMBER MICHAEL REAZUDDIN IN CONTEMPT OF THE COURT'S NOVEMBER 29, 2021 ORDER [DKT NO. 127]**

<u>Hearing</u>
Date:     February 10, 2022
Time:    10:30 a.m.
Courtroom: 5A
Location:  411 West Fourth Street
              Santa Ana, CA 92701-4593

      The Order to Show Cause why Besthost Inn, LLC ("Debtor"), and its managing member Michael Reazuddin Should Not Be Held In Contempt Of The Court's November 29, 2021 Order came on for hearing February 10, 2022 at 10:30 a.m. before the Honorable Erithe A. Smith. Appearances are as noted on the record, and good cause showing,

\\\

\\\

**IT IS ORDERED:**

1. Debtor and Michael Reazuddin are hereby found in contempt and are jointly and severally liable to pay $19,946.19 to SubChapter V Trustee Robert P. Goe ("Trustee") within fifteen days from entry of this Order.

2. If said contempt is not purged and $19,946.19 paid to Trustee within 15 days, $100.00 per day will begin to accrue in addition to the $19,946.19 owed to Trustee.

###

Date: February 22, 2022

Erithe Smith
United States Bankruptcy Judge

GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612

Page 2